UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION


FILED
FEB 19 2013
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DOROTHY PAULSEN, | CIV 11-1019 |
| Plaintiff, | |
| -vs- | ORDER |
| ABILITY INSURANCE CO., f/k/a ABILITY RESOURCES, INC, f/k/a MEDICO LIFE INSURANCE CO.; ABILITY REINSURANCE HOLDINGS LTD., a Bermuda Ltd. Co.; and ABILITY REINSURANCE LTD., a Bermuda Ltd. Co., | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff filed a motion to voluntarily dismiss action with prejudice, Doc. 88, and the Court having reviewed the motion and good cause appearing,

IT IS ORDERED that plaintiff's motion to voluntarily dismiss action with prejudice, Doc. 88, is granted.

Dated this 11th day of February, 2013.

BY THE COURT:

*Charles B. Kornmann*
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY
(SEAL)